# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. **15-4001**

Opalinski v. Robert Half International Inc.

To: Clerk

1) Motion by Appellants for Leave to File Brief and Appendix Out of Time

---

The foregoing motion is granted with filing as of March 18, 2016. Appellees' brief must be filed and served within thirty (30) days of the date of this order.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: March 29, 2016

MS/cc: All counsel/parties of record